In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00120-CR
_____

**CODY AARON DEROCHE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D070792-R**

**MEMORANDUM OPINION**

Cody Aaron Deroche has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on March 27, 2018
Opinion Delivered March 28, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.